United States District Court Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr.
Criminal No. 3:16-cr-00050 RGE Clerk's Court Minutes - Plea

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s) Melisa K. Zaehringer |
| vs. | : | Def. Atty(s) Terence L. McAtee |
| Michael Joseph Wilson | : | Court Reporter: Linda Egbers |
| | : | Interpreter: N/A |

| | | |
|---|---|---|
| Date: January 17, 2017 | : | ✔ Indictment ☐ Superseding Indictment |
| Time Start: 10:35 AM | : | Information |
| Time End: 11:07 AM | : | In Three Count(s) - Code Violation: |

18:2252(a)(2) and 2252(b)(1) - Receiving Child Pornography (1)
18:2252(a)(2) and 2252(b)(1) - Distributing Child Pornography (2)
18:2252(a)(4)(B) and 2252(b)(2) - Possession of Child Pornography (3)

Waiver of Indictment filed: ☐
Information filed: ☐
Arraignment conducted: ☐
Statement by deft. in advance of plea of guilty filed: ☐
Defendant sworn: ✔
Defendant advised of potential perjury charges: ✔
Plea Agreement filed: ✔
Defendant understands: ✔
Defendant agrees: ✔
Defendant advised of nature of charges: ✔
Defendant advised of elements: ✔
Defendant satisfied with attorney: ✔
Defendant advised of penalties: ✔
Maximum fine/incarceration: ✔
Mandatory minimum fine/incarceration: ✔
Forfeiture/restitution: ✔
Supervised Release: ✔
Mandatory special assessment: ✔
No promises made regarding sentence: ✔
Defendant advised of sentencing guidelines: ✔
Defendant waives rights to jury trial: ✔
Defendant advised of right to persist in not guilty plea: ✔

Defendant plea of guilty to count(s): Two and Three
Court findings:
Factual basis: ✔
Voluntariness: ✔
Competency to plea: ✔
Court accepts plea: ✔
Court rejects plea: ☐
Offense Conduct Statement due: January 31, 2017
Presentence report to be disclosed to counsel by: Order to follow
Deadline to submit objections to presentence report to Probation Office: Order to follow
Applicability of advisory guideline to the Court by: 7 days prior to sentencing
Sentencing date: May 25, 2017, at 12:30 PM
Detention hearing conducted: ☐
Bond previously set:
Bond continued: ☐
Bond changed to:

Minutes:

Dft present with counsel for change of plea proceeding. Consent to Magistrate signed. Written Plea Agreement filed. Dft advised of sentencing guidelines. Dft advised of mandatory minimum of incarceration of 5 years on Count 2. Dft advised of mandatory minimum of 5 years of Supervised Release on Count 3. Dft pleads guilty to Counts 2 & 3; Count 1 to be dismissed at sentencing pursuant to government motion. Court accepts pleas. The Court signs R&R. The parties have 14 days from today's hearing to file objections to the R&R. Court orders PSIR. Status conference scheduled for April 28, 2017, at 8:30 AM. Sentencing scheduled May 25, 2017, at 12:30 PM. Detention order remains in effect.

/s/ R. Johnson
Deputy Clerk